UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TISHIA NELSON, individually and on behalf of all others similarly situated,

  *Plaintiff*,

Case No. 9:22-cv-80993-AHS

vs.

INTERCONTINENTAL CAPITAL GROUP INC.,

  *Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Tishia Nelson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Tishia Nelson, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 19, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

      Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
      Andrew J. Shamis, Esq.
      Florida Bar # 101754

*Counsel for Plaintiff and the Class*